# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Harsh Patel

                    Plaintiff,

v.                                          Case No.: 1:25−cv−11180

                                                        Honorable Jeffrey I Cummings

Samuel Olson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' motion to strike the status report inadvertently filed in this case [10] is granted. The Court requests that the Clerk of Court remove docket entry [9] from this matter. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.