ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Harsh Patel

Petitioner,

v.

Brandon Crowley

Respondent.

Case No. 25 CV 11180

Judge  Jeffrey I. Cummings

## <u>CORRECTED JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

[X]     in favor of petitioner Harsh Patel and against respondent Brandon Crowley

       which [ ] includes     pre–judgment interest.
                 [X] does not include pre–judgment interest.

[ ]     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

[✓]    other: The Court grants Petitioner's Petition for a Writ of Habeas Corpus on the ground that he is being held without the possibility of release on bond in violation of the Immigration and Nationality Act, 8 U.S.C. § 1226(a). The Court orders Respondent by 10/31/25 to either (1) provide Petitioner with a bond hearing before an Immigration Judge; or (2) release Petitioner from custody under reasonable conditions of supervision.

This action was *(check one)*:

[ ] tried by a jury with Judge        presiding, and the jury has rendered a verdict.
[ ] tried by Judge     without a jury and the above decision was reached.
[✓] decided by Judge  Jeffrey I. Cummings on 10/24/25.

Date: January 21, 2026        Thomas G. Bruton, Clerk of Court

                             R. Franco, Deputy Clerk